USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 10/16/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GARY ROBLES,<br><br>Movant,<br><br>-against-<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | 26-CV-6151 (JSR) (BCM)<br><br>20-CR-0227-2 (JSR)<br><br>ORDER TO ANSWER, 28 U.S.C. § 2255 |

**BARBARA C. MOSES, United States Magistrate Judge.**

The Court, having received movant's declaration (Dkt. 6) in response to this Court's July 31, 2026 order to show cause (Dkt. 5), and concluding that the motion (Dkt. 1) brought under 28 U.S.C. § 2255 should not be summarily dismissed, hereby ORDERS that:

1. The Clerk of Court must electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

2. No later than **December 15, 2026**, the U.S. Attorney's Office, on behalf of respondent United States of American, must file an answer or a motion to dismiss. If respondent files a motion to dismiss, it need not also file an answer.

3. Any factual assertions necessary to support the government's answer or motion to dismiss must be set forth in an affidavit or declaration, in admissible form, unless the relevant evidence is already part of the record, in which case respondent must cite to the specific portion(s) of the record containing that evidence.

4. Movant has **30 days** from the date on which he is served with respondent's motion or answer to file his response.

**SO ORDERED.**

Dated: October 16, 2026
New York, New York

**BARBARA MOSES**
**United States Magistrate Judge**