USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 11/4/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARY ROBLES,

Movant,

-against-

UNITED STATES OF AMERICA,

Respondent.

26-CV-6151 (JSR) (BCM)

20-CR-0227-2 (JSR)

**ORDER TO PRODUCE INMATE GARY ROBLES FOR TELEPHONIC COURT CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

Judge Moses will conduct a telephonic conference in this federal *habeas corpus* action on **November 18, 2026**, at **11:00 a.m.** Because movant Gary Robles is proceeding pro se and is incarcerated at FCI Danbury:

IT IS HEREBY ORDERED that the Warden or other official in charge of FCI Danbury produce GARY ROBLES, BOP Register No. 87974-054, at **11:00 a.m.** on **November 18, 2026**, at a suitable location within FCI Danbury equipped with a telephone, for the purpose of participating in a conference with the Court and with counsel for respondent United States.

IT IS FURTHER ORDERED that if this time and date presents an inconvenience, the Warden or the Warden's designee must promptly inform Chambers by calling (212) 805-0228.

IT IS FURTHER ORDERED THAT counsel for respondent United States must promptly (1) transmit this Order to the Warden of FCI Danbury; (2) contact FCI to arrange the call and to determine the telephone number at which the movant will be reachable at the above time and date; and (3) dial into the Court's WebEx conference line, with the movant on the line, a few minutes before the start of the conference. The call-in number is **1-855-244-8681**. The Access Code is **2310 144 3019#**.

During the conference, the parties should be prepared to discuss: (a) whether respondent intends to make a pre-answer motion to dismiss; (b) if so, whether respondent's October 28, 2026 letter-motion, requesting an order directing the movant to sign an attorney-client privilege waiver and directing movant's prior counsel to provide sworn testimony addressing movant's allegations of ineffective assistance of counsel, is premature; and (c) if not, whether the proposed form of order attached to respondent's October 28, 2026 letter-motion should be modified.

Dated: November 4, 2026
New York, New York

**SO ORDERED**.

**BARBARA MOSES**
**United States Magistrate Judge**